# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KENNETH L. WALLER,                                                                              PLAINTIFF
ADC #103829

v.                                        1:13CV00025-KGB-JTK

JOHN MAPLES, JR., et al.                                                                       DEFENDANTS

## ORDER

Defendants shall file a Response to Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order, which this Court construes as a Motion for Preliminary Injunctive Relief (Doc. No. 3), within fifteen days of the date of this Order.

IT IS SO ORDERED this 16th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE