**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KENNETH L. WALLER,
ADC #103829**                                                                                             **PLAINTIFF**

**v.**                          **1:13CV00025-KGB-JTK**

**JOHN MAPLES, et al.**                                                           **DEFENDANTS**

<u>**ORDER**</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 17). There have been no objections. After a review of those proposed findings and recommendations, and a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety.

IT IS, THEREFORE, ORDERED that plaintiff's motion for preliminary injunction and temporary restraining order, which the Court construes as a motion for preliminary injunctive relief, is DENIED (Dkt. No. 3).

DATED this 5th day of August, 2013.

_____
Kristine G. Baker
United States District Judge