# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KENNETH L. WALLER,                                      PLAINTIFF
ADC #103829

v.                      1:13CV00025-KGB-JTK

JOHN MAPLES, et al.                                     DEFENDANTS

## **ORDER**

Defendants' Motion to File a Video Exhibit Under Seal (Doc. No. 30) is GRANTED.[1]

IT IS SO ORDERED this 21st day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants state in their Motion that Plaintiff has been provided the opportunity to view this video.