IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KENNETH L. WALLER,**                                                                       **PLAINTIFF**
**ADC #103829**

v.                             Case No. 1:13-cv-00025-KGB-JTK

**JOHN MAPLES, JR., et al.**                                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge Jerome T. Kearney (Dkt. No. 48). There have been no objections filed, and the time for filing objections has passed. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

SO ORDERED this the 10th day of December, 2014.

_____
Kristine G. Baker
United States District Judge