IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KENNETH L. WALLER,**                                                                                  **PLAINTIFF**
**ADC #103829**

v.                          Case No. 1:13-cv-00025-KGB-JTK

**JOHN MAPLES, JR., et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and hereby is, dismised with prejudice.  The relief sought is denied.

SO ADJUDGED this the 10th day of December, 2014.

_____
Kristine G. Baker
United States District Judge